UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X         Chapter    **11**
IN RE:    **Caliber Enterprises, Inc.**

Case No.:

Debtor(s)            STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, **Ronald M. Terenzi**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
| --- | --- |
|  | Initial interview, analysis of financial condition, etc. |
|  | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**40,000.00**__ .

Dated: **July  1, 2021**

　　　　　　　　　　　　　　　　　　　　　**/s/ Ronald M. Terenzi**
　　　　　　　　　　　　　　　　　　　　　**Ronald M. Terenzi**
　　　　　　　　　　　　　　　　　　　　　Attorney for debtor(s)
　　　　　　　　　　　　　　　　　　　　　**Terenzi & Confusione, P.C.**
　　　　　　　　　　　　　　　　　　　　　**401 Franklin Avenue, Suite 300**
　　　　　　　　　　　　　　　　　　　　　**Garden City, NY 11530**

　　　　　　　　　　　　　　　　　　　　　**5168124502**
　　　　　　　　　　　　　　　　　　　　　**rterenzi@tcpclaw.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

        Caliber Enterprises, Inc.
        d/b/a Caliber Pharmacy.

                      Debtor.

Case No.
Chapter 11

---------------------------------------------------------X

## **CORPORATE OWNERSHIP AND DISCLOSURE STATEMENT**

        Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, the Debtor certifies that there is no corporation that, directly or indirectly, owns 10% of more of any class of the equity interest in the Debtor.

Dated: New Hyde Park, New York,
        July 1, 2021

                              \s\ Karthik Dhama
                              Karthik Dhama
                              President of Caliber Enterprises, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

        Caliber Enterprises, Inc.
        d/b/a Caliber Pharmacy.

                Debtor.
---------------------------------------------------------X

Case No.
Chapter 11

## **CORPORATE RESOLUTION**

At a special meeting of the shareholders of Caliber Enterprises, Inc. (the "Company"), held on June 28, 2021 and upon the request of the majority of the shareholders after motion duly made, seconded and carried, it was

> **RESOLVED**, that as the sole shareholder of the Company, Caliber Enterprises, Inc. I have authorized and empowered the filing of a petition under Chapter 11 of the United States Code on behalf the Company and that the same is in the best interests of the creditors; that I as president and sole shareholder of the Company will take all necessary and proper actions in connection with the filing of the petition under Chapter 11 of the Bankruptcy Code, including the retention of TERENZI & CONFUSIONE, P.C., as counsel for that purpose.

                              CALIBER ENTERPRISES, INC.


                              BY: \s\ Karthik Dhama
                                  Name: Karthik Dhama
                                  Title: President